# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | } | |
| WILLIS, MICHAEL R., and WILLIS, NICOLE D. | } | Case No. 16-80428 |
| *Debtor(s).* | } | Chapter 7 |

## TRUSTEE'S REPORT OF SALE

COMES NOW Gerald R. Miller, Trustee herein, pursuant to Bankruptcy Rule 6004(e)(1), and reports that he sold the following described property of this Estate for the sum of $545.00 at public auction held on October 11, 2016, at 10:00 a.m, to wit:

Any and all of the interests of Debtors, Michael R. Willis and Nicole D. Willis, in and to all of the oil, gas, and other minerals of every kind and character lying in, under and which may be produced from the Debtor's interest in the following described property, to wit:

ITEM SOLD: Section 20, Township 3 North, Range 14 East, Pittsburg County

NAME OF PURCHASER: Brian Stevens

AMOUNT RECEIVED: $20.00


ITEM SOLD: Section 21, Township 3 North, Range 14 East, Pittsburg County

NAME OF PURCHASER: Main Street Holding Company

AMOUNT RECEIVED: $100.00


ITEM SOLD: Section 30, Township 3 North, Range 15 East, Pittsburg County

NAME OF PURCHASER: Main Street Holding Company

AMOUNT RECEIVED: $425.00


Notice of said sale was given on August 24, 2016, to all parties listed on the Official Mailing Matrix filed herein, and no objections or responses were filed by September 21, 2016, as required by the Notice of Sale.

GERALD R. MILLER, PC

BY: _S/Gerald R. Miller_
Gerald R. Miller , OBA #6205
112 N. 7th Street, P.O. Box 2667
Muskogee, OK 74402-2667
(918)687-1347

Attorney for Trustee